# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2008

Clifford W. Taylor,
Chief Justice

133685

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 133685
                                    COA: 263429
                                    Wayne CC: 04-007133-01

KHALIL TALAL CHAHINE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2008

s0416

_Corbin R. Davis_
Clerk